GEORGE E. FUECHSEL, Respondent, *v.* ANNA BELLESHEIM et al.,
Appellants.

(Argued October 16, 1888; decided December 4, 1888.)

MOTION to dismiss an appeal from a judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order which affirmed a judgment of Special Term in favor of plaintiff.

*Flamen B. Candler* for motion.

*Henry H. Davis* opposed.

The following is the *mem.* of decision:
" It does not appear that notice of this motion was served on the infants or their guardian or attorney, and for that reason, as to them, it is denied.   As to the adult appellant the motion is granted, without costs."
All concur.
Ordered accordingly.